UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

| United States of America, | Case No. **2:21-cv-05671-VAP** |
|---|---|
| Plaintiff/Respondent, | 2:13-cr-00183-VAP-2 |
| v. | **JUDGMENT** |
| Todd Michael Ficeto, | |
| Defendant/Petitioner. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order Denying Todd Michael Ficeto's ("Ficeto") Section 2255 Motion filed concurrently herewith, IT IS SO ORDERED AND ADJUDGED that Ficeto's claims against Respondent are DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 8/19/22

*Virginia A. Phillips*

Virginia A. Phillips
United States District Judge